**VOLLKOMMER, Respondent, v. HUMMEL, Appellant, et al.** (Supreme Court, Appellate Division, Second Department. October 17, 1902.) Action by Joseph Vollkommer against Gottlieb Hummel, impleaded with others. No opinion. Judgment of the municipal court affirmed, with costs.

---

**In re WALKER.** (Supreme Court, Appellate Division, Fourth Department. October 7, 1902.) In the matter of the judicial settlement of the accounts of William Walker, as committee, etc., of Charles W. Howard, a lunatic. No opinion. Motion for order of substitution granted.

---

**WALKER, Appellant, v. LEWIS, Respondent.** (Supreme Court, Appellate Division, Fourth Department. October 7, 1902.) Action by Helena B. Walker against George Lewis. No opinion. Judgment and order affirmed, with costs.

---

**WALTERS, Appellant, v. SYRACUSE RAPID TRANSIT R. CO., Respondent.** (Supreme Court, Appellate Division, Fourth Department. October 7, 1902.) Action by Mary J. Walters against the Syracuse Rapid Transit Railroad Company. No opinion. Judgment affirmed, with costs. See 71 N. Y. Supp. 853.

---

**WARNER v. RICHEY et al.** (Supreme Court, Appellate Division, Fourth Department. September 30, 1902.) Action by Mary S. Warner against William Richey and others. No opinion. Order affirmed, with $10 costs and disbursements.

---

**WATERTOWN CARRIAGE CO. v. HALL.** (Supreme Court, Appellate Division, Third Department. September 18, 1902.) Action by the Watertown Carriage Company against Edwin L. Hall.

PER CURIAM. Ordered that the following question be certified to the court of appeals: "Is a discharge in bankruptcy properly pleaded as a defense to any cause of action alleged in a complaint?"

---

**WEIANT v. ROCKLAND LAKE TRAP ROCK CO. et al.** (Supreme Court, Appellate Division, Second Department. October 17, 1902.) Action by Laura A. Weiant against the Rockland Lake Trap Rock Company and others. No opinion. Motion denied.

---

**WEIGEL, Respondent, v. BUFFALO R. CO., Appellant.** (Supreme Court, Appellate Division, Fourth Department. October 14, 1902.) Action by Sophia B. Weigel against the Buffalo Railroad Company. No opinion. Judgment and order affirmed, with costs.

**WEIL et al. v. GALLUN et al.** (Supreme Court, Appellate Division, First Department. November 7, 1902.) Action by Isidore Weil and another against August F. Gallun and others. From an order denying a motion to set aside levies of attachment, defendants appeal. Reversed in part. F. C. Huntington, for appellants. A. C. Weil, for respondents.

PER CURIAM. For the reasons stated in the opinion in the case of Weil v. Same Defendants (decided herewith) 78 N. Y. Supp. 300, the order should be affirmed, so far as to deny the motion to set aside the levies as to Loewenstein, Edwards, and Hollander, and the order should be reversed as to Nettleton, and the motion to vacate the levy granted, without costs to either party.

---

**WEITEKAMP et al., Appellants, v. BROOKLYN UNION EL. R. CO. et al., Respondents.** (Supreme Court, Appellate Division, Second Department. October 3, 1902.) Action by Bernard J. Weitekamp, individually and as executor of the last will and testament of John Weitekamp, deceased, Anna M. Weitekamp, Gustavus Weitekamp, and John Weitekamp against the Brooklyn Union Elevated Railroad Company and the Brooklyn Heights Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.

---

**In re WHEELER.** (Supreme Court, Appellate Division, Fourth Department. October 7, 1902.) In the matter of the accounts of Sarah E. Wheeler, as executrix, etc., of Ann D. Hawkins, deceased.

PER CURIAM. Decree of surrogate's court affirmed, with costs against the appellant personally.

McLENNAN, J., dissents.

---

**In re WHITBECK.** (Supreme Court, Appellate Division, Fourth Department. September 30, 1902.) In the matter of Ernest C. Whitbeck. No opinion. Order affirmed, with $10 costs and disbursements.

---

**In re WHITE.** (Supreme Court, Appellate Division, Second Department. October 17, 1902.) In the matter of the application of Frederic H. White, an infant, etc. No opinion. Motion to dismiss appeal granted.

---

**WICKERY, Respondent, v. PERLMUTTER et al., Appellants.** (Supreme Court, Appellate Term. June, 1902.) Action by John E. Wickery against Louis Perlmutter and another. I. Newton Williams, for appellants. A. E. Hagemann, for respondent.

MacLEAN, J. According to his testimony, the plaintiff, having certain lumber afloat, agreed with one Cohen for the sale of the lumber at a price fixed, with stipulated pay-